FILED
APR 24 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>SAMEER MITHANI,<br><br>Defendant. | CRIMINAL NO. M019CR.107<br>INDICTMENT<br><br>[Vio: 18 U.S.C. § 1001(a)(2) – False Statement to Investigating Agent] |

**THE GRAND JURY CHARGES:**
## COUNT ONE
### [18 U.S.C. § 1001(a)(2)]

That on or about November 17, 2018, in the Western District of Texas, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the government of the United States, the Defendant,

**SAMEER MITHANI,**

knowingly and willfully made a materially false and fraudulent statement in that the Defendant stated to Special Agents he did not inform J.B. of J.B. being under investigation by the Federal Bureau of Investigation, when in truth and fact the Defendant did disclose to J.B. on October 31, 2016 that J.B. was being investigated by the Federal Bureau of Investigation, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

JOHN F. BASH
UNITED STATES ATTORNEY

*/s/ Brandi Young*
BRANDI YOUNG
Assistant United States Attorney

Original signed by the
foreperson of the Grand Jury