FILED

APR 24 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CRIMINAL NO. MO-19-CR-107 |
| SAMEER MITHANI | |

ORDER FOR BENCH WARRANT

It appearing to the Court that an Indictment has been returned against the below named Defendant(s), it is hereby ORDERED that warrant(s) be issued for the arrest of said Defendant(s), returnable instanter to the Midland-Odessa Division of this Court.

Defendant(s)

**SAMEER MITHANI**

*Bond to be set at time Defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office.

ENTERED at Midland, Texas, this 24th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE