UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | Case Number:  MO:19-CR-00107(1)-DC RCG |
| **(1) Sameer Mithani** | § | |

### ORDER RESETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 1:30 PM, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX, on November 21, 2019.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 13th day of November, 2019

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE