# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )   CR. NO. MO-19-CR-107 |
| | ) |
| SAMEER MITHANI | ) |

## MOTION FOR DISMISSAL OF INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and files this motion for dismissal of the Indictment without prejudice against **SAMEER MITHANI** for the reason it is in the best interest of justice.

WHEREFORE, premises considered, the Government moves the Court to dismiss the Indictment against **SAMEER MITHANI** without prejudice.

                                                Respectfully Submitted,
                                                JOHN F. BASH
                                                UNITED STATES ATTORNEY

                              By:     /s/ Brandi Young
                                                Assistant United States Attorney
                                                State Bar No. 24045988
                                                400 West Illinois, Suite 1200
                                                Midland, Texas 79701
                                                432-686-4110
                                                432-686-4124 (Fax)

## Certificate of Conference/Service

      I hereby certify that on November 21, 2019, I filed this document with the Clerk using the CM/ECF filing system which will cause a copy to be delivered to Mr. Ray Fivecoat, counsel for defendant.

                                                    /s/ Brandi Young
                                        Assistant United States Attorney

Case 7:19-cr-00107-DC   Document 33   Filed 11/21/19   Page 2 of 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-19-CR-107** |
| | ) | |
| **SAMEER MITHANI** | ) | |

**ORDER OF DISMISSAL OF INDICTMENT**

ON THIS DATE came on to be considered the Government's Motion to Dismiss the Indictment against **SAMEER MITHANI** without prejudice in the above-numbered and styled cause and the Court after considering same is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Indictment against **SAMEER MITHANI** be and is hereby DISMISSED without prejudice.

SIGNED and ENTERED this the _____ day of _____, 2019.

_____
DAVID COUNTS
United States District Judge