IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. MO-19-CR-107 |
| | § | |
| SAMEER MITHANI | § | |

## ORDER OF DISMISSAL

Before the Court is the Government's Motion for Dismissal of Indictment against SAMEER MITHANI [Doc. 33] filed November 21, 2019. The Court GRANTS the Government's Motion. Accordingly,

IT IS ORDERED that the Government's Motion for Dismissal of Indictment against SAMEER MITHANI [Doc.33] filed November 21, 2019, is GRANTED. The Indictment is DISMISSED WITHOUT PREJUDICE, for the reason stated in the Government's Motion.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE